UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| MUSTAFA H. YASAR & DANIELLE YASAR aka DANIELLE NAJEEULLAH,<br><br>Plaintiffs,<br><br>v.<br><br>RICKENBACKER GROUP, INC., et al.<br><br>Defendants. | CASE NO. CV 10-0922-WHA<br><br>[PROPOSED] ORDER RE: SUBSTITUTION OF ATTORNEY FOR DEFENDANT RICKENBACKER GROUP, INC. |

Given that the party and the attorneys have consented, June D. Coleman, at Kronick Moskovitz Tiedemann & Girard, is substituted in as attorney of record for the Ellis Coleman Poirier LaVoie & Steinheimer law firm.

**IT IS SO ORDERED.**

Dated: May 12, 2010.

*IT IS SO ORDERED*
*Judge William Alsup*

KRONICK, MOSKOVITZ, TIEDEMANN & GIRARD
ATTORNEYS AT LAW
SACRAMENTO

939706.1 - 1 - Case No. CV 10-0922-WHA
[PROPOSED] ORDER RE: SUBSTITUTION OF ATTORNEY FOR DEFENDANT RICKENBACKER GROUP, INC.