1   Michael W. Bien, Esq. (CSB #96891)
    Mark R. Feeser, Esq. (CSB # 252968)
2   Rosen, Bien & Galvan, LLP
    315 Montgomery Street, Tenth Floor
3   San Francisco, California  94104-1823
    Telephone:  (415) 433-6830
4   Facsimile:  (415) 433-7104
    E-Mail:  mbien@rbg-law.com
5            mfeeser@rbg-law.com

6   *Local Counsel for Defendant Trans Union, LLC*

7   Laura K. Rang, Esq.
      (Admitted *Pro Hac Vice*)
8   Schuckit & Associates, P.C.
    30th Floor Market Tower
9   10 West Market Street, Suite 3000
    Indianapolis, Indiana  46204-2852
10  Telephone: (317) 363-2400
    Facsimile:  (317) 363-2257
11  E-mail:  lrang@schuckitlaw.com

12

13  *Counsel for Defendant Trans Union, LLC*

14

15              **UNITED STATES DISTRICT COURT**

16            **NORTHERN DISTRICT OF CALIFORNIA**

17               **SAN FRANCISCO DIVISION**

18  MUSTAFA H. YASAR & DANIELLE YASAR      ) CASE NO. 3:10-cv-00922-WHA
    aka DANIELLE NAJEEULLAH,               )
19              Plaintiffs,                )
                                           ) **STIPULATION AND ORDER OF**
20      vs.                                ) **DISMISSAL WITH PREJUDICE**
                                           ) **BETWEEN PLAINTIFFS AND**
21   RICKENBACKER GROUP, INC., a California ) **DEFENDANT TRANS UNION,**
    corporation dba Rickenbacker Collection Services; ) **LLC**
22  EXPERIAN INFORMATION SOLUTIONS, INC.,  )
    an Ohio corporation; and TRANS UNION, LLC, a )
23  Delaware corporation;                  )
                Defendants.                )

24

25          Plaintiffs Mustafa H. Yasar and Danielle Yasar aka Danielle Najeeullah, by counsel, and

26  Defendant Trans Union, LLC ("Trans Union"), by counsel, hereby stipulate and agree that all

27  matters herein between them have been compromised and settled, and that Plaintiffs' cause

28

**STIPULATION AND ORDER OF DISMISSAL WITH PREJUDICE BETWEEN
PLAINTIFF AND DEFENDANT TRANS UNION, LLC – 3:10-cv-00922-WHA**

against Trans Union only should be dismissed, with prejudice, with each party to bear its own costs and attorneys' fees.

Respectfully submitted,

Date:   8/12/2010          *s/ Mark F. Anderson (with consent)*
Mark F. Anderson, Esq.
Anderson, Ogilvie & Brewer, LLP
600 California Street, 18th Floor
San Francisco, CA  94108-2711
Telephone:  415-651-1951
Fax:  415-956-3233
E-Mail:  mark@aoblawyers.com

*Counsel for Mustafa H. Yasar and
Danielle Yasar aka Danielle Najeeullah*

Date:   8/23/2010          *s/ Laura K. Rang*
Laura K. Rang, Esq.
  (Admitted *Pro Hac Vice*)
Schuckit & Associates, P.C.
30th Floor Market Tower
10 West Market Street, Suite 3000
Indianapolis, Indiana  46204-2852
Telephone: (317) 363-2400
Facsimile:  (317) 363-2257
E-mail:   lrang@schuckitlaw.com

*Lead Counsel for Trans Union, LLC*

Michael W. Bien, Esq. (CSB #96891)
Mark R. Feeser, Esq. (CSB # 252968)
Rosen, Bien & Galvan, LLP
315 Montgomery Street, Tenth Floor
San Francisco, CA  94104
Telephone:  415-433-6830
Fax:  415-433-7104
E-Mail:  mbien@rbg-law.com
              mfeeser@rbg-law.com

*Local Counsel for Defendant Trans Union,
LLC*

**STIPULATION AND ORDER OF DISMISSAL WITH PREJUDICE BETWEEN
PLAINTIFF AND DEFENDANT TRANS UNION, LLC – 3:10-cv-00922-WHA**

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

PURSUANT TO STIPULATION, IT IS SO ORDERED that Trans Union, LLC is dismissed with prejudice.   Plaintiffs Mustafa H. Yasar and Danielle Yasar aka Danielle Najeeullah and Defendant Trans Union, LLC shall each bear their own costs and attorneys' fees.

Date: __August 30, 2010._____

IT IS SO ORDERED

Judge William Alsup

_____ ict Court, Northern

**STIPULATION AND ORDER OF DISMISSAL WITH PREJUDICE BETWEEN PLAINTIFF AND DEFENDANT TRANS UNION, LLC – 3:10-cv-00922-WHA**

DISTRIBUTION TO:

| Mark F. Anderson, Esq.<br>mark@aoblawyers.com | Katherine Anne Klimkowski, Esq.<br>kaklimkowski@jonesday.com |
|---|---|
| June D. Coleman, Esq.<br>jcoleman@kmtg.com | Mark F. Feeser, Esq.<br>mfeeser@rbg-law.com |
| Laura K. Rang, Esq.<br>lrang@schuckitlaw.com | Michael W. Bien, Esq.<br>mbien@rbg-law.com |

**STIPULATION AND ORDER OF DISMISSAL WITH PREJUDICE BETWEEN
PLAINTIFF AND DEFENDANT TRANS UNION, LLC – 3:10-cv-00922-WHA**