Mark F. Anderson (SBN 44787)
ANDERSON, OGILVIE & BREWER LLP
600 California Street, 18th Floor
San Francisco, California 94108
Telephone: (415) 651-1951
Fax: (415) 956-3233
Email: mark@aoblawyers.com

Attorneys for Plaintiffs Mustafa H. Yasar & Danielle Yasar aka Danielle Najeeullah

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| MUSTAFA YASAR, et al, | ) | Case No. 3:10-cv-00922 WHA |
|---|---|---|
| Plaintiff, | ) | |
| v. | ) | (~~proposed~~) ORDER FOR DISMISSAL OF DEFENDANT EXPERIAN INFORMATION SOLUTIONS, INC. |
| RICKENBACKER GROUP, INC., et al, | ) | |
| Defendants. | ) | |

Based on the parties' stipulation and for good cause shown, plaintiffs Mustafa H. Yasar & Danielle Yasar aka Danielle Najeeullah's claims against defendant Experian Information Solutions, Inc. in this action are hereby dismissed with prejudice, with each party to bear its own costs.

Dated: September  21 , 2010

_____
Judge William Alsup
UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

Order for Dismissal (Experian), *Yasar v Rickenbacker Group*, No. 3:10-cv-00922 WHA

1